## GROSSMAN & RINALDO
### Attorneys At Law
108-18 Queens Boulevard, 8th Floor, Suite 5
Forest Hills, NY 11375
718 520-8722
Fax 718 793-0894

STUART J. GROSSMAN
PAUL P. RINALDO

August 15, 2014

VIA ECF

The Honorable Dora L. Irizarry
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  United States v. Shaun Taylor
         10 CR 268(DLI)

Dear Judge Irizarry:

    Attached hereto are the defendant's list of objections to certain redacted portions of the Pinkney MDC transcript and recording. The defendant seeks to have the noted portions unredacted. Also attached is the entire transcript with the redacted portions highlighted. Please note that attached transcript does not contain every redaction previously agreed to by the parties or ordered by the Court. However, the defendant seeks to unredact only those portions noted in the attached list.

Respectfully submitted,

Paul P. Rinaldo

Carl J. Herman

cc: Matthew S. Amatruda, via ECF
    David Pitluck, via ECF
    Assistant U.S Attorneys

Taylor objections to the following redacted portions of the Pinkney transcript and recording which we seek to have unredacted.

Page 4 - Line 11 to Page 10 - Line 15

Page 22 - Line 35 to Page 25 - Line 41

Page 26 - Lines 11 to 46

Page 29 - Line 25 to Page 36 - Line 7

Page 36 - Line 23 to Page 37 - Line 16

Page 37 - Line 45 to Page 39 - Line 38

Page 40 - Line 28 to Page 43 - Line 8

Page 43 - Line 22 to Page 44 - Line 2

Page 47 - Line 33 to Page 48 - Line 23

Page 53 - Line 18 to Page 57 - Line 4

Page 58 - Lines 1 to 8

Page 60 - Line 33 to Page 66 - Line 34

Page 87 - Line 41 to Page 88 - Line 37

Page 99 - Line 18 to Page 106 - Line 45