# GROSSMAN & RINALDO
## Attorneys At Law
108-18 Queens Boulevard, 8th Floor, Suite 5
Forest Hills, NY 11375
718 520-8722
Fax 718 793-0894

STUART J. GROSSMAN
PAUL P. RINALDO

August 20, 2014

VIA ECF

The Honorable Dora L. Irizarry
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Shaun Taylor
    10 CR 268(DLI)

Dear Judge Irizarry:

With respect to the defendant's objections to the redacted portions of the transcript of the November 20, 2012 recording of Timothy Pinkney, this is to advise the Court that the defendant withdraws his request to unredact the following portions of the transcript:

1. Page 9, line 1 to Page 10, line 10.

2. Page 23, line 5 to Page 25, line 41.

3. Page 26, line 45 to 47.

4. Page 38, line 5 to Page 39, Line 5.

5. Page 88, line 11 to Page 89, line 7.

The defendant maintains his position with respect to his other objections on the grounds of impeachment, to demonstrate Pinkney's enmity toward the defendant, and his willingness to falsely implicate others in his own crimes which are crucial arguments for the defense and legally permissible.

Respectfully submitted,

Paul P. Rinaldo

cc: Matthew S. Amatruda, via ECF
    David Pitluck, via ECF
    Assistant U.S Attorneys