COURT EXHIBIT NO. 1
IDENTIFICATION/EVIDENCE
DKT.# 10CR268
DATE: 9/4/14

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
UNITED STATES OF AMERICA,

    - against -

SHAUN TAYLOR,
       also known as "S-Dot,"

            Defendant.
----------------------------------------x

**VERDICT SHEET**

10-CR-268(S-2)(DLI)
(Page 1 of 6)

DORA L. IRIZARRY, U.S. District Judge:

### AS TO COUNT ONE: Conspiracy to Distribute Controlled Substances

On the charge of conspiracy to distribute and possess with the intent to distribute one or more controlled substances, how do you find the defendant?

    Not Guilty _____    Guilty __✓__

*If you <u>unanimously</u> found the defendant guilty as to Count One, you must answer the following three questions:*

Do you find that the government has proven beyond a reasonable doubt that the conspiracy in Count One involved one kilogram or more of a substance containing heroin?

    No _____    Yes __✓__

Do you find that the government has proven beyond a reasonable doubt that the conspiracy in Count One involved five kilograms or more of a substance containing cocaine?

    No _____    Yes __✓__

Do you find that the government has proven beyond a reasonable doubt that the conspiracy in Count One involved 280 grams or more of a substance containing cocaine base (commonly known as "crack")?

    No _____    Yes __✓__

*If you find the defendant not guilty of Count One, proceed to consider Count Four.*

**AS TO COUNT TWO:  Drug-Related Murder of Terrance Barnett**

*Only if you found the defendant guilty as to Count One, answer the following question:*

On the charge of the drug-related killing of Terrance Barnett, how do you find the defendant?

      Not Guilty _____      Guilty \_\_✓\_\_

**AS TO COUNT THREE:  Drug-Related Murder Conspiracy**

*Only if you found the defendant guilty as to Count One, answer the following question:*

On the charge of the conspiracy to commit the drug-related killing of Terrance Barnett, how do you find the defendant?

      Not Guilty _____      Guilty \_\_✓\_\_

**AS TO COUNT FOUR:  Distribution of Cocaine**

On the charge of distribution or possession with the intent to distribute a controlled substance on May 19, 2007, how do you find the defendant?

      Not Guilty _____      Guilty \_\_✓\_\_

***If you unanimously found the defendant guilty as to Count Four, you must answer the following question:***

Do you find that the government has proven beyond a reasonable doubt that the distribution or possession with intent to distribute in Count Four involved five kilograms or more of a substance containing cocaine?

      No _____      Yes \_\_✓\_\_

**AS TO COUNT FIVE:  Distribution of Cocaine**

On the charge of distribution or possession with the intent to distribute a controlled substance on June 20, 2007, how do you find the defendant?

      Not Guilty _____      Guilty \_\_✓\_\_

*If you <u>unanimously</u> found the defendant guilty as to Count Five, you must answer the following question:*

Do you find that the government has proven beyond a reasonable doubt that the distribution or possession with intent to distribute in Count Five involved five kilograms or more of a substance containing cocaine?

        No _____        Yes \_\_✓\_\_\_

### AS TO COUNT SIX: Use of Facility to Commit Murder-for Hire

On the charge of use of a facility of interstate commerce, with the intent to commit a murder for hire on June 20, 2007, how do you find the defendant?

        Not Guilty _____        Guilty \_\_✓\_\_\_

*If you <u>unanimously</u> found the defendant guilty as to Count Six, you must answer the following two questions:*

Do you find that the government has proven beyond a reasonable doubt that the offense in Count Six resulted in personal injury?

        No _____        Yes \_\_✓\_\_\_

Do you find that the government has proven beyond a reasonable doubt that the offense in Count Six resulted in death?

        No _____        Yes \_\_✓\_\_\_

### AS TO COUNT SEVEN: Murder-for-Hire Conspiracy

As to the charge of conspiracy to use a facility of interstate commerce, with the intent to commit a murder for hire on June 20, 2007, how do you find the defendant?

        Not Guilty _____        Guilty \_\_✓\_\_\_

*If you <u>unanimously</u> found the defendant guilty as to Count Seven, you must answer the following two questions:*

Do you find that the government has proven beyond a reasonable doubt that the offense in Count Seven resulted in personal injury?

No _____    Yes __✓__

Do you find that the government has proven beyond a reasonable doubt that the offense in Count Seven resulted in death?

No _____    Yes __✓__

### AS TO COUNT EIGHT:  Drug-Related Murder of Joseph Vargas

***Only** if you found the defendant guilty as to either Count One or Count Five or both, you must answer the following question:*

On the charge of the drug-related murder of Joseph Vargas on June 20, 2007, how do you find the defendant?

Not Guilty _____    Guilty __✓__

### AS TO COUNT NINE:  Drug-Related Murder Conspiracy

***Only** if you found the defendant guilty as to either Count One or Count Five or both, you must answer the following question:*

On the charge of conspiracy to commit the drug-related murder of Joseph Vargas on June 20, 2007, how do you find the defendant?

Not Guilty _____    Guilty __✓__

### AS TO COUNT TEN:  Use and Discharge of a Firearm

***Only** if you found the defendant guilty as to Count One, you must answer the following question:*

On the charge of use of a firearm during and in relation to the drug trafficking crime charged in Count One, how do you find the defendant?

Not Guilty _____    Guilty __✓__

4

*If you <u>unanimously</u> found the defendant guilty as to Count Ten, you must answer the following two questions:*

Do you find that the government has proven beyond a reasonable doubt that one or more firearms was (were) brandished?

        No _____ Yes \_✓\_\_\_

Do you find that the government has proven beyond a reasonable doubt that one or more firearms was (were) discharged?

        No _____ Yes \_✓\_\_\_

### AS TO COUNT ELEVEN:  Use and Discharge of a Firearm

*<u>Only</u> if you found the defendant guilty as to any one or all of the following counts:  Count Five, Count Six, Count Seven, Count Eight or Count Nine, you must answer the following question:*

On the charge of use of a firearm during and in relation to one or more crimes of violence and drug trafficking crimes charged in Counts Five through Nine, how do you find the defendant?

        Not Guilty _____        Guilty \_✓\_\_\_

*If you <u>unanimously</u> found the defendant guilty as to Count Eleven, you must answer the following two questions:*

Do you find that the government has proved beyond a reasonable doubt that one or more firearms was (were) brandished?

        No _____ Yes \_✓\_\_\_

Do you find that the government has proven beyond a reasonable doubt that one or more firearms was (were) discharged?

        No _____ Yes \_✓\_\_\_

## AS TO COUNT TWELVE: Firearm-Related Murder of Joseph Vargas

*<u>Only</u> if you found the defendant guilty as to Count Eleven, you must answer the following question:*

On the charge of use of a firearm to kill Joseph Vargas, how do you find defendant?

Not Guilty _____     Guilty __✓__

Signed: __Juror #1__
                Foreperson

Date: __9/8/2014__

6