# CARL J. HERMAN

ATTORNEY AT LAW

347 Mt. Pleasant Avenue

West Orange, New Jersey 07052

Telephone: (973) 324-1011   Facsimile (973) 324-1133

Email: cjherman@carlherman.com  Website: www.carlherman.com

January 12, 2015

**VIA ECF**

Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East Courtroom 4A S
Brooklyn, New York 11201

Re:     *United States v. Shaun Taylor*
        Criminal No.: 1:10-cr-268 (DLI)

Dear Judge Irizarry:

As Your Honor is aware this office represents the above-named defendant (co-counsel Paul Rinaldo, Esq. was relieved as of November 7, 2014).  Sentencing has been scheduled for January 29, 2015 at 10:00 am.

On January 9, 2015 I appeared at the Metropolitan Detention Center Brooklyn to meet with Mr. Taylor to discuss the Presentence Investigation Report and to prepare for our sentencing submission, which must be filed on or before January 16, 2015.  After waiting to speak with Mr. Taylor for approximately two hours I was informed by staff members that Mr. Taylor had refused the visit.  I asked a staff member to try to convince Mr. Taylor to meet with me, which was also met with a refusal, at which time I departed the MDC.

At this point, without the participation of Mr. Taylor, I am not in a position to prepare a sentencing submission or to proceed to sentencing on January 29, 2015.  As such, I am requesting that Your Honor schedule a conference to ascertain how Mr. Taylor wishes to proceed in this matter.  I will await notification for the Court before taking any further action in this regard.

*** Please note that our address has changed. ***

Thank you for your attention.

Respectfully submitted,

_____
CARL J. HERMAN, ESQ.

CJH:sml
cc:      Shaun Taylor
         All counsel of record

*** Please note that our address has changed. ***