# Joyce B. David, Esq., P.C.

## Attorney at Law

**664 Flatbush Avenue (Hawthorne)**
**Brooklyn, New York, 11225**
**jbd@joycedavid.com**
**347-405-7070 (fax)**
**718-875-2000**

Aug. 20, 2015

Hon. Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201
(by ECF)

      Re:  USA v. Shaun Taylor, 10-cr-268 (DLI)

Dear Judge Irizarry,

      Mr. Taylor is scheduled to be sentenced on Sept. 3, 2015.  I am respectfully asking that Your Honor adjourn Mr. Taylor's sentencing and also appoint new counsel to represent him.

      While Mr. Taylor's Objections have been filed, I have not had the time to do a Sentencing Memorandum for him.  I have several trial cases pending, including a multi-defendant case that grew from five defendants to 20 defendants with voluminous discovery that will require a huge commitment of my time, and I cannot foresee having the time necessary to devote to Mr. Taylor's post-conviction issues and/or appeal.  I have discussed my situation with Mr. Taylor, and he has no objection to the appointment of new counsel.  I would ask that this matter remain on the Sept. 3, 2015 calendar for the appointment of new counsel.

      I have submitted some additional information to the Court by separate letter, that I would ask be kept under seal.  Thank you for your consideration of this matter.

Sincerely,

_____
Joyce B. David, Esq.

JBD/em