Docket + Return

Shaun Taylor 76229-053
MDC Brooklyn
P.O. Box 329002
Brooklyn NY 11232

The Honorable Dora L. Irizarry
United States District Court
271 Cadman Plaza East
Brooklyn NY 11201

Received
In Chambers of
U.S. District Judge
DORA L. IRIZARRY

NOV 16 2015

RE: 10-CR-268 (DLI) U.S. v Taylor

Dear Honorable:

I respectfully request the court to read this letter to fully understand why I addressed the Court in Pro Se form in my letter/motion dated September 22, 2015 (please note that my letter was drafted on September 8 2015, and at that time I didn't speak with Ms. Shalley as of yet, although she was assigned to the case. I was never informed about Ms David's resigning until I was not able to appear in court as scheduled on September 2, 2015. That statement at the end of the letter/motion was to protect Ms. Shalley. I spoke to her at the next scheduled conference.

As your honor will read, I am left with no other option at the present time, because my 6th amendment rights are being taken away.

Post Trial I was assigned appellate counsel to proceed with motions that had to be submitted within a certain amount of time, according to Federal Rules of Criminal Procedure. Counsel Ms.

Joyce David, withdrew her representation for some odd reason, and I was then assigned Ms. Margaret Shalley, who by her own admittance is not an appellate attorney. This is a ~~hinderance, due to~~ the facts I have repeatedly presented to the courts. These issues are issues that need to be presented in a properly formatted Rule 33 motion. This includes, but is certainly, and definitely not just limited to ineffective assistance of counsel, which Mr. Paul Rinaldo conceded to in proceedings on Nov 7th 2014. (I would like to respectfully request these transcripts from said date on record, as of right now) They are just as important as my co-defendant Timothy Pinkney's plea and sentencing transcripts.

With these facts I am presenting to the Court I say again, I am in desperate need of appellate counsel to move forward properly as the Constitution affords me as a citizen of the United States of America. I thank you for your time and consideration in this matter.

Respectfully Submitted,

Shaun Taylor
Shaun Taylor

CC My files

"Freedom is a MUST"... "Those who believe in Freedom will not rest until it comes"...

Shaun Taylor 76024-053
MDC Brooklyn
P.O. Box 329002
Brooklyn NY 11232

NEW YORK NY 100

10 NOV 2015 PM 9 L

The Honorable Judge Dora L. Irizarry
United States District Court
225 Cadman Plaza East
Brooklyn NY 11201

11201183299

LEGAL MAIL

LEGAL MAIL