CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

TO BE COMPLETED BY ATTORNEY:

CASE NAME: United States of America v. Yelverton (Taylor)

DOCKET NUMBER: 16-3274

COUNSEL'S NAME: Margaret M. Shalley
COUNSEL'S ADDRESS: 225 Broadway, Suite 715
New York, New York 10007
COUNSEL'S PHONE: 212-571-2670

## QUESTIONNAIRE

[✓] I am ordering a transcript.
[ ] I am not ordering a transcript. Reason: [ ] Daily copy available [ ] U.S. Atty. placed order [ ] Other (attach explanation)

## TRANSCRIPT ORDER

Prepare transcript of

[ ] Pre-trial proceedings: _____
(Description & Dates)

[ ] Trial: _____
(Description & Dates)

[ ] Sentencing: _____
(Description & Dates)

[✓] Post-trial proceedings: Motion hearing on Motion for New Trial, June 13, 2016
(Description & Dates)

I, Margaret M. Shalley , hereby certify that I will make satisfactory arrangements with
(counsel's name)
the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [ ] Funds [✓] CJA Form 24

/ s /                                October 5, 2016
Counsel's Signature                  Date

TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:

## ACKNOWLEDGMENT

Date order received: _____    Estimated Number of Pages: _____

Estimated completion date: _____

Court Reporter's Signature                  Date

**After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.**